IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff/Appellee** | * | |
| v. | * | Case No. 13-4959 |
| **OLUMIDE OGUNMAKINWA** | * | |
| **Defendant/Appellant** | * | |

*****************************************************************

### CONSENT MOTION TO EXTEND TIME
### TO FILE APPELLANT'S BRIEF AND JOINT APPENDIX

Appellant Olumide Ogunmakinwa, by and through his attorney Michael Wein, Esquire, pursuant to Federal Rules of Appellate Procedure (FRAP) 26 and 27, does hereby respectfully request that this Honorable Court extend the time for filing the Appellant's Brief and Extract until Wednesday, May 21, 2014 and states as follows in support of this request.

1. This case involves a 28 - month sentence meted after a plea agreement for Appellant Ogunmakinwa, who was permitted to self-report with his FCI in late January 2014.

2. After preliminarily reviewing the case file, the transcripts, and discussing the potential legal issues involved in the case with Appellant, it appeared that a sufficient basis for filing a Merits Brief with this Court exists, irrespective of the plea agreement involved.

3. Appellant's counsel in the past few weeks obtained transcribed documents of the Sealed portion(s) of hearings not previously transcribed in order to confirm that this case apparently does justify a Merits brief in the matter. Appellant's counsel has not yet discussed in detail, however, with his client as to weighing the potential risks involved with seeking a merits appeal, versus, for example, §2255 relief.

4. It is anticipated that there exists presently at least two (2) possibilities for relief for the Appellant, in addition to a direct appeal, that may obviate the need for seeking direct appeal relief with this Court. It is anticipated that dialogue to examine these concerns between a representative for the Appellant and the United States Attorneys' office, will last between 30 to 60 days. There is a fair chance that such dialogue may therefore justify a voluntarily dismissal of the appeal. However, should these conversations not be productive, it is likely that an appeals brief on the merits will be forthcoming from the Appellant.

5. The present deadline for the Appellant's Brief is Monday, April 21, 2014. The Appellant requests that the time for filing the Appellant's Brief be extended to Wednesday, May 21, 2014. Assistant United

States Attorney Nicolas Mitchell has stated that the Government has no objection and consents to an extension of time for filing the Appellant's Brief and Joint Appendix. Furthermore, there would be no prejudice to either party by this Court granting said Motion to Extend Time to File Appellant's Brief and Joint Appendix.

WHEREFORE, it is respectfully requested that this Honorable Court grant the aforementioned <u>Consent Motion to Extend Time to File Appellant's Brief and Joint Appendix</u>.

Respectfully Submitted,

_____/s/_____
Michael Wein, Esquire
Law Offices of Michael Wein
Belle Point Office Park
7829 Belle Point Drive
Greenbelt, MD 20770
(301) 441-1151
(301) 441-8877 (fax)
weinlaw@hotmail.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this __15th__ day of __April__, 2014, a copy of the foregoing Consent Motion to Extend Time for Filing Appellant's Brief and Joint Appendix was electronically filed, with notice to:

Nicolas Mitchell, Assistant United States Attorney
Office of the United States Attorney
6500 Cherrywood Ln., Ste. 400
Greenbelt, MD 20770

_____/s/_____
Michael Wein, Esquire

3

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **Plaintiff/Appellee** | * | |
| v. | * | Case No. 13-4959 |
| **OLUMIDE OGUNMAKINWA** | * | |
| **Defendant/Appellant** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

Upon review of the Appellant's Consent Motion to Extend Time to File Appellant's Brief and Joint Appendix, it is this _____ day, of _____, 2014, hereby **ORDERED:**

That the time for filing the Appellant's Brief and Joint Appendix in the above-captioned matter be, and the same hereby is, extended to and including May 21, 2014.

_____
Clerk 7