IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA            *

    Plaintiff/Appellee            *

v.            *            Case No.  13-4959

OLUMIDE OGUNMAKINWA            *

    Defendant/Appellant            *

******************************************************************
**CONSENT MOTION TO EXTEND TIME**
**TO FILE APPELLANT'S BRIEF AND JOINT APPENDIX**

Appellant Olumide Ogunmakinwa, by and through his attorney Michael Wein, Esquire, pursuant to Federal Rules of Appellate Procedure (FRAP) 26 and 27, does hereby respectfully request that this Honorable Court extend the time for filing the Appellant's Brief and Extract until Monday, June 23, 2014 and states as follows in support of this request.

1. This case involves a 28 - month sentence meted after a plea agreement for Appellant Ogunmakinwa, who was permitted to self-report with his FCI and been incarcerated since January 2014.

2. After preliminarily reviewing the case file, the transcripts, and discussing the potential legal issues involved in the case with Appellant, it appeared that a sufficient basis for filing a Merits Brief with this Court exists, irrespective of the plea agreement involved.

3. Appellant's counsel in March obtained transcribed documents of the Sealed portion(s) of hearings not previously transcribed in order to confirm that this case does justify a Merits brief in the matter. Also, based on this information it appears that a merits appeal is merely one possibility, but that other trial Court relief, such as a §2255 motion, may be proper.

4. It is anticipated that dialogue to examine these concerns between representatives for the Appellant and the United States Attorneys' office, will last between 30 to 45 days. The procedural aspects of these concerns were also discussed with Court Clerk RJ Warren, and may obviate the need for seeking direct appeal relief with this Court. Therefore additional time for filing the Appellant's Brief, would be both time and cost-effective with this Court as well as all parties, who have been so advised and consent. However, should these conversations not be productive, then an appeals brief on the merits will be proper to be filed by Appellant.

5. The present deadline for the Appellant's Brief is Wednesday, May 21, 2014. The Appellant requests that the time for filing the Appellant's Brief and be extended to Monday, June 23, 2014. Assistant United States Attorney Nicolas Mitchell has stated that the Government has

no objection and consents to an extension of time for filing the Appellant's Brief and Joint Appendix. Furthermore, there would be no prejudice to either party by this Court granting said Motion to Extend Time to File Appellant's Brief and Joint Appendix.

WHEREFORE, it is respectfully requested that this Honorable Court grant the aforementioned <u>Consent Motion to Extend Time to File Appellant's Brief and Joint Appendix</u>.

Respectfully Submitted,

_____/s/_____

Michael Wein, Esquire
Law Offices of Michael Wein
Belle Point Office Park
7829 Belle Point Drive
Greenbelt, MD 20770
(301) 441-1151
(301) 441-8877 (fax)
weinlaw@hotmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __19th__ day of __May__, 2014, a copy of the foregoing Consent Motion to Extend Time for Filing Appellant's Brief and Joint Appendix was electronically filed, with notice to:

Nicolas Mitchell, Assistant United States Attorney
Office of the United States Attorney
6500 Cherrywood Ln., Ste. 400
Greenbelt, MD 20770

_____/s/_____
Michael Wein, Esquire

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| **Plaintiff/Appellee** | * |
| v. | *      Case No. 13-4959 |
| **OLUMIDE OGUNMAKINWA** | * |
| **Defendant/Appellant** | * |

*****************************************************************

## **ORDER**

Upon review of the Appellant's Consent Motion to Extend Time to File Appellant's Brief and Joint Appendix, it is this _____ day, of _____, 2014, hereby **ORDERED:**

That the time for filing the Appellant's Brief and Joint Appendix in the above-captioned matter be, and the same hereby is, extended to and including June 23, 2014.

_____

Clerk

4